## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Janice Moses,　　　　　　　　　　　　　　　Civil Action No. 1:17-cv-00921-UNA

　　　　　Plaintiff,

– against–

Client Services, Inc.,

　　　　　Defendant(s).

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses Client Services, Inc., from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

　　　　　Respectfully Submitted,

　　　　　**GARIBIAN LAW OFFICES, P.C.**

　　　　　*/s/ Antranig Garibian*_____
　　　　　Antranig Garibian, Esq. (Bar No. 4962)
　　　　　1010 N. Bancroft Parkway, Suite 22
　　　　　Wilmington, DE 19805
　　　　　(302) 722-6885 (Tel)
　　　　　*Attorney for Plaintiff*

Dated:　August 24, 2017